NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 08a0686n.06
Filed: November 12, 2008

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### No. 07-4042

GREGORY SUSLOVIC,               )
                                )
    Plaintiff-Appellant,    )
                                )
    v.                      )         ON APPEAL FROM THE
                                )         UNITED STATES DISTRICT
BLACK & DECKER, INC. & PORTER CABLE,  )    COURT FOR THE NORTHERN
                                )         DISTRICT OF OHIO
    Defendants-Appellees.   )
                                )
_____ )

BEFORE:   DAUGHTREY and McKEAGUE, Circuit Judges, and VAN TATENHOVE,

District Judge.[*]

    **PER CURIAM**.  The Appellant, Gregory Suslovic sued the Appellees, Black & Decker, Inc.

and Porter Cable in the Northern Division of Ohio alleging age discrimination in violation of the Age

Discrimination in Employment Act and Ohio Revised Code Chapter 4112.  In addition, Suslovic

claimed that the Appellees discriminated against him based on his mental disability in violation of

the Americans with Disabilities Act and the Ohio Revised Code 4112.[1]  Finally, Suslovic claimed

that the decision to terminate him was unlawful under the public policy of Ohio.  In a well-written

---

[*]The Honorable Gregory F. Van Tatenhove, United States District Judge for the Eastern
District of Kentucky, sitting by designation.

[1]Suslovic later withdrew his ADA claim, relying solely on Ohio law for support of his
disability-based claim.

memorandum opinion, the district court concluded that the record contained no direct or circumstantial evidence of age discrimination. Likewise, it concluded that the record lacked a sufficient basis to establish any violation of the Ohio Revised Code or Ohio public policy. Suslovic filed the instant appeal challenging that decision.

Because the reasons supporting summary judgment in favor of the Appellees have been well-articulated by the district court's thoughtful opinion, a detailed written opinion by this Court would serve no valuable purpose. Therefore, we **AFFIRM** the district court's grant of summary judgment on the basis of its written opinion.